UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCISCO D. LOPEZ-AVILES, | CASE NO. C23-5254-JHC |
| Plaintiff, | ORDER DISMISSING ACTION |
| v. | |
| PIERCE COUNTY JUDICIAL SYSTEM, | |
| Defendant. | |

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby finds and ORDERS:

1. The Report and Recommendation is approved and adopted.

2. Plaintiff's complaint (Dkt. # 3-1) and this action are DISMISSED without leave to amend and without prejudice.

3. The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

/

/

ORDER DISMISSING ACTION - 1

Dated this 12th day of May, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER DISMISSING ACTION - 2